## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thanimas A Scott<br>        Debtor(s) | CHAPTER 13<br><br>BKY. NO. 13-10366 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of FIRSTRUST BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1750

                                             Respectfully submitted,

                                             **/s/Thomas Puleo, Esquire**
                                             Thomas Puleo, Esquire
                                             Brian C. Nicholas, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 825-6306  FAX (215) 825-6406