# RICHARD M. SQUIRE & ASSOCIATES, LLC
## ATTORNEYS AT LAW

Richard M. Squire *
Robert M. Kline
Bradley J. Osborne
\* Also Admitted in MD

One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA  19046
Tel.: (215) 886-8790    Fax: (215) 886-8791
www.squirelaw.com

November 28, 2016

<u>VIA REGULAR MAIL AND TELECOPY TO: Demetrius J. Parrish (215-827-5420)</u>

*<u>VIA REGULAR MAIL AND CERTIFIED MAIL, RRR</u>*

    RE:    **NOTICE OF DEFAULT**
            Debtor(s): Thanimas A. Scott
            Our Client: LSF9 Master Participation Trust
            Property: 903 North 50th Street, Philadelphia, PA 19131
            Bankruptcy Case #: 13-10366-sr

Dear Sir/Madam:

    As you may recall, this office represents LSF9 Master Participation Trust, relative to the above-referenced bankruptcy proceeding.

    It has been called to my attention that the Debtor has failed to make certain payments as due under the parties' Stipulation, which was approved by the U.S. Bankruptcy Court on February 4, 2016.  In particular, the Debtor(s) has failed to make the June 15, 2016 stipulation payment of $819.00, the July 15, 2016 stipulation payment of $818.97, the May 27, 2016 regular monthly mortgage payment of $371.37, the June 27, 2016 through October 27, 2016 regular monthly mortgage payments of $379.56: Suspense of $ 254.89 NOD Fee of $50.00. This amount totals $3,702.25.

    It is hereby requested that the Debtor(s) immediately forward the sum of $3,702.25 to our client.

    If the Debtor(s) fail to cure the aforesaid default within ten (10) days from the date of this letter, we will have no alternative but to certify default to the Court and request the entry of an Order granting relief from the automatic stay.

Thank you for your attention to this matter.

Very truly yours,

Robert M. Kline
Ext. 12
Rkline@squirelaw.com

6502032700                                                                                    P.01/01

## TRANSACTION REPORT

NOV/28/2016/MON 10:44 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | NOV/28 | 10:44AM | 12158275420 | 0:00:55 | 2 | MEMORY | OK | G3 1224 |

# RICHARD M. SQUIRE & ASSOCIATES, LLC
*ATTORNEYS AT LAW*

Richard M. Squire *
Robert M. Kline
Bradley J. Osborne
* Also Admitted in MD

One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA  19046
Tel.: (215) 886-8790    Fax: (215) 886-8791
www.squirelaw.com

November 28, 2016

<u>VIA REGULAR MAIL AND TELECOPY TO: Demetrius J. Parrish (215-827-5420)</u>

<u>*VIA REGULAR MAIL AND CERTIFIED MAIL, RRR*</u>

RE:   **NOTICE OF DEFAULT**
Debtor(s): Thanimas A. Scott
Our Client: LSF9 Master Participation Trust
Property: 903 North 50th Street, Philadelphia, PA 19131
Bankruptcy Case #: 13-10366-sr

Dear Sir/Madam:

As you may recall, this office represents LSF9 Master Participation Trust, relative to the above-referenced bankruptcy proceeding.

It has been called to my attention that the Debtor has failed to make certain payments as due under the parties' Stipulation, which was approved by the U.S. Bankruptcy Court on February 4, 2016. In particular, the Debtor(s) has failed to make the June 15, 2016 stipulation payment of $819.00, the July 15, 2016 stipulation payment of $818.97, the May 27, 2016 regular monthly mortgage payment of $371.37, the June 27, 2016 through October 27, 2016 regular monthly mortgage payments of $379.56: Suspense of $ 254.89 NOD Fee of $50.00. This amount totals $3,702.25.

It is hereby requested that the Debtor(s) immediately forward the sum of $3,702.25 to our client.

| Line | NAME AND ADDRESS OF SENDER<br>Richard M. Squire & Associates<br>115 West Avenue, Suite 104<br>Jenkintown, PA 19046 | INDICATE TYPE OF MAIL<br>☐ Registered Mail<br>☐ Insured<br>☐ COD<br>☐ Certified Mail<br>☐ Express Mail | CHECK APPROPIATE BLOCK FOR<br>Registered Mail:<br>☐ With Postal Insurance<br>☐ Without Postal Insurance | | | | | | POSTMARK AND DATE OF RECEIPT |
|---|---|---|---|---|---|---|---|---|---|
| | Number of Article | Name of Addressee, Street, and Post-Office Address | Postage | Fee | Handling Charge | Act. Value (If Regls.) | Insured Value | Due Sender If C.O.D. | Remarks |
| 1 | CAL-1614AOD-13<br>Thanimas Scott | Thanimas A. Scott<br>903 N. 50th Street<br>Philadelphia, PA 19131 | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| Total Number of Pieces Listed by Sender | | Total Number of Pieces Received at Post Office | | | POSTMASTER (Name) | | | | |

PS FORM 3877

Postmark: JENKINTOWN PA 19046 · NOV 28 2016 · USPS
$001.35 PITNEY BOWES 02 1P $0001... NOV 28 2016 MAILED FROM ZIP CODE 19046

USPS Receipt for Certified Mail

TO: Thanimas A. Scott
903 North 50th Street
Philadelphia, PA 19131

SENDER:

REFERENCE: CAL-1614AOD-13

PS Form 3800, January 2005    9314 8699 0430 0028 8072 65

| | Postage | 0.465 |
|---|---|---|
| | Certified Fee | 3.30 |
| RETURN RECEIPT SERVICE | Return Receipt Fee | 1.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

POSTMARK OR DATE: JENKINTOWN PA · NOV 28 2016 · USPS

No Insurance Coverage Provided
Do Not Use for International Mail

FOR REGISTERED, INSURED, C.O.D., CERTIFIED, AND EXPRESS MAIL