United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thanimas A Scott  
    Debtor

Case No. 13-10366-sr  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Antoinett<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Jan 11, 2017 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.
```
db             +Thanimas A Scott,    903 N 50th Street,    Philadelphia, PA 19131-5101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:
```
              DEMETRIUS J. PARRISH    on behalf of Debtor Thanimas A Scott djp711@aol.com
              DEMETRIUS J. PARRISH    on behalf of Attorney Demetrius J Parrish djp711@aol.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRSTRUST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARROLLANNE CAYCE    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@aldridgepite.com,   kcayce@ecf.inforuptcy.com
              KERI P EBECK    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans,
               Inc., solely in its capacity as servicer kebeck@weltman.com,   jbluemle@weltman.com
              MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    LSF9 Master Participation Trust
               Pacer@squirelaw.com,   rmklinelaw@aol.com
              THOMAS I. PULEO    on behalf of Creditor    FIRSTRUST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:    Thanimas A Scott | : Chapter 13 |
| and | : Bankruptcy No.13-10366-sr |
|     Debtor(s) | : |
| _____ | : 11 U.S.C. § 362 |

LSF9 Master Participation Trust
                              Movant
         vs.

Thanimas A Scott
and
                          Debtor(s)
         and
Frederick L. Reigle, Esquire
                           Trustee
                      RESPONDENTS

**ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362**

       AND NOW, this _____ day of _____, 20____, upon consideration of Movant's Motion for Relief from the Automatic Stay; it is hereby

       **ORDERED** that the Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, is vacated with respect to the mortgaged premises situated at: 903 North 50th Street, Philadelphia, PA 19131,   ("Property") as to allow Movant to exercise its rights under its loan documents and state law; and it is

       **FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001(a)(3).

Dated: January 11, 2017

                                                             _____
                                                             Honorable  Stephen Raslavich
                                                             United States Bankruptcy Judge

cc:

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Demetrius J. Parrish
The Law Offices of Demetrius J. Parrish
7715 Crittenden Street, #360
Philadelphia, PA 19118

Robert M. Kline, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046

Thanimas A Scott
903 N 50th Street
Philadelphia, PA 19131