UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Thanimas A. Scott
      Bankruptcy No. 13-10366
      Adversary No.
      Chapter      13

Date:  01/25/2017

To:    Demetrius J. Parrish
        7715 Crittenden Street, #360
        Philadelphia, PA 19118
        215-735-3377

## NOTICE OF INACCURATE FILING

Re:  Motion to Reconsider #149

The above pleading was filed in this office on **01/23/2017**. Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- ( )  Debtor's name and/or case number (is) are missing
- ( )  Wrong PDF document attached
- ( )  PDF document not legible
- ( )  Notice of Motion/Objection
- ( )  Electronic Signature missing
- **(XX)  Other-No proposed order filed with the Motion to Reconsider.**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Antoinette Stevenson**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04