### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: Thanimas Scott, DebtorBK No.: 13 - 10366 – sr

### ORDER

AND NOW, thisday of, 2017, upon review of Debtor's Motion for Reconsideration and any response thereto it is hereby ORDERED and DECREED that said motion is GRANTED.  This Court's Order entered on January 11, 2017, granting relief from the Automatic Stay is hereby stricken.

_____
Stephen Raslavich, U.S. Bankruptcy Judge