**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:   Thanimas A Scott                          : Chapter 13
                                                   : Bankruptcy No.13-10366-sr
     Debtor(s)                                     :
                                                   : 11 U.S.C. § 362

LSF9 Master Participation Trust
                                    Movant
              vs.
Thanimas A Scott

                                    Debtor(s)
              and
Frederick L. Reigle, Esquire
                                    Trustee
                           RESPONDENTS

**ORDER APPROVING STIPULATION/CONSENT ORDER**

And now, this _____ day of _____, 20__, upon consideration of the Stipulation between Debtors and LSF9 Master Participation Trust it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of Court.

**Dated: June 8, 2017**

_____
THE HONORABLE STEPHEN RASLAVICH
United States Bankruptcy Judge

CC:

POLLY A. LANGDON for
Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Demetrius J. Parrish, Esquire
The Law Offices of Demetrius J. Parrish
7715 Crittenden Street, #360
Philadelphia, PA 19118

Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046

Thanimas A Scott
903 N 50th Street
Philadelphia, PA 19131