United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-10366-sr
Thanimas A Scott                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jun 08, 2017
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.
db    +Thanimas A Scott,    903 N 50th Street,    Philadelphia, PA 19131-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:
      DEMETRIUS J. PARRISH    on behalf of Debtor Thanimas A Scott djpbkpa@gmail.com, djp711@aol.com
      DEMETRIUS J. PARRISH    on behalf of Attorney Demetrius J Parrish djpbkpa@gmail.com, djp711@aol.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRSTRUST BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KARROLLANNE CAYCE    on behalf of Creditor    Beneficial Consumer Discount Company ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
      KERI P EBECK    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer kebeck@weltman.com, jbluemle@weltman.com
      MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com, ahight@schillerknapp.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      ROBERT MICHAEL KLINE    on behalf of Creditor    LSF9 Master Participation Trust Pacer@squirelaw.com, rmklinelaw@aol.com
      SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust smccaffery@squirelaw.com
      THOMAS I. PULEO    on behalf of Creditor    FIRSTRUST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Thanimas A Scott | : Chapter 13 |
| | : Bankruptcy No.13-10366-sr |
| Debtor(s) | : |
| | : 11 U.S.C. § 362 |

LSF9 Master Participation Trust
                              Movant
            vs.
Thanimas A Scott

                              Debtor(s)
          and
Frederick L. Reigle, Esquire
                              Trustee
                        RESPONDENTS

**ORDER APPROVING STIPULATION/CONSENT ORDER**

And now, this _____ day of _____, 20__, upon consideration of the Stipulation between Debtors and LSF9 Master Participation Trust  it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of Court.

**Dated: June 8, 2017**

_____
THE HONORABLE  STEPHEN RASLAVICH
United States Bankruptcy Judge

CC:

POLLY A. LANGDON for
Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Demetrius J. Parrish, Esquire
The Law Offices of Demetrius J. Parrish
7715 Crittenden Street, #360
Philadelphia, PA 19118

Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046

Thanimas A Scott
903 N 50th Street
Philadelphia, PA 19131