**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**Hearing shall be held on 7/26/2017 at 10:00 AM in nix4 - Courtroom (HEARING)#035;4.**
**Movant is responsible for notice.**

In Re:   Thanimas A. Scott                          :    Chapter 13
                                                    :    Bankruptcy No. 1:13-10366-SR
                                                    :    11 U.S.C. § 362

LSF9 Master Participation Trust

               Movant

vs.

Thanimas A. Scott

               Debtor(s)

and

Frederick L. Reigle, Esquire

               Trustee
               RESPONDENTS

**ORDER REIMPOSING THE AUTOMATIC STAY**

AND NOW, this        day of             , 20   , upon motion of Movant above, it is

**ORDERED**, that the Automatic Stay is reimposed as provided under § 362 of the Bankruptcy Code in full.

**Dated: July 26, 2017**

_____
United States Bankruptcy Judge
Judge Stephen Raslavich

cc:

Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046

Demetrius J. Parrish
The Law Office of Demetrius J. Parrish
7715 Crittenden Street
#360
Philadelphia, PA 19118

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Thanimas Scott
903 N. 50th Street
Philadelphia, PA 19131