United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 13-10366-sr
Thanimas A Scott                                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Jul 26, 2017
                              Form ID: pdf900         Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
```
db             +Thanimas A Scott,    903 N 50th Street,    Philadelphia, PA 19131-5101
aty            +Demetrius J Parrish,    The Law Office of Demetrius J. Parrish,     6024 Ridge Avenue,
                 Ste. 116 - 318,    philadelphia, pa 19128-1601
cr             +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +Capital One Auto Finance,   c/o Schiller & Knapp, LLP,    950 New Loudon Road, Suite 109,
                 Latham, NY 12110-2100
cr              ECMC,    PO Box 16408,    St. Paul, MN   55116-0408
cr              LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK   73134-2500
12948804       +Aes/Keystone,    1200 N 7th St,    Harrisburg, PA 17102-1419
12948805       +Aes/Keystone Best,    1200 N 7th St,    Harrisburg, PA 17102-1419
12948806       +Aes/Pheaa,    Po Box 2461,    Harrisburg, PA 17105-2461
13082861       +Beneficial,    c/o HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
12948807      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13362447       +CAPITAL ONE AUTO FINANCE,    PO BOX 9013,   ADDISON, TEXAS 75001-9013
12954188       +Capital One Auto Finance,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
12978889       +Cenlar FSB,    Attention Payment Processing,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
12948809        City of Philadelphia,    Water Revenue,   Municipal Services Bldg,    Philadelphia, PA 19106
13010415        ECMC,    PO BOX 75906,    ST. PAUL, MN   55175
12948811       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12948812       +Firstrust Bk,    425 Phillips Bv,    Trenton, NJ 08618-1430
12948813       +Hsbc Mortgage Corp Usa,    2929 Walden Ave,   Depew, NY 14043-2690
13433785       +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
12948817       +Wffinance,    800 Walnut St,    Des Moines, IA 50309-3504
12948818       +Wfnnb/Express,    Po Box 330066,    Northglenn, CO 80233-8066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 27 2017 01:34:05     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2017 01:33:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 27 2017 01:33:57     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 27 2017 01:39:27
                 Capital One Auto Finance,    P.O. Box 201347,   Arlington, TX 76006-1347
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 01:53:02
                 PRA Receivables Management, LLC,    POB 41067,   NORFOLK, VA 23541-1067
13023278       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 27 2017 01:33:44     Asset Acceptance LLC,
                 P.O. Box 2036,    Warren Mi 48090-2036
13063264        E-mail/Text: bankruptcy@phila.gov Jul 27 2017 01:34:04     City of Philadelphia, Law Department,
                 Tax Unit, Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13053581       +E-mail/Text: bo@capella.edu Jul 27 2017 01:33:13     Capella University,
                 Capella Tower, 9th floor,   225 South 6th Street,,   Minneapolis, MN 55402-4601
12948808       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 27 2017 01:39:27
                 Capital One Auto Finance,    c/o Ascension Capital Group,   P O Box 201347,
                 Arlington, TX 76006-1347
13468180       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 27 2017 01:39:27
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
12948810       +E-mail/PDF: pa_dc_ed@navient.com Jul 27 2017 01:39:08     Dept Of Ed/Sallie Mae,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13004495        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 01:45:44
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13264202        E-mail/Text: ebn@vativrecovery.com Jul 27 2017 01:33:18     Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,    Houston TX 77240-0728
12948814       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 01:45:56
                 Portfolio Recvry&Affil (Original Cr,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13005301       +E-mail/Text: csidl@sbcglobal.net Jul 27 2017 01:33:56     Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
12948815       +E-mail/PDF: pa_dc_claims@navient.com Jul 27 2017 01:39:08     Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13120830       +E-mail/PDF: pa_dc_ed@navient.com Jul 27 2017 01:39:46     Sallie Mae Inc. on behalf of,
                 Department of Education,   P.O. Box 740351,    Atlanta, GA. 30374-0351
13098732        E-mail/PDF: pa_dc_litigation@navient.com Jul 27 2017 01:39:46
                 Sallie Mae, Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                 PO Box 9430,    Wilkes Barre, PA 18773-9430
12948816       +E-mail/Text: ebn@unique-mgmt.com Jul 27 2017 01:34:25     Unique National Collec (Original Cr,
                 119 E Maple St,    Jeffersonville, IN 47130-3439
```

```
District/off: 0313-2           User: Antoinett             Page 2 of 2              Date Rcvd: Jul 26, 2017
                               Form ID: pdf900             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12998238      +E-mail/Text: bncmail@w-legal.com Jul 27 2017 01:33:56      VANDA, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13075785      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 27 2017 01:34:27       Webbank-Fingerhut,
               6250 Ridgewood Rd,   St. Cloud, MN 56303-0820
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13010416*       ECMC,   PO BOX 75906,   ST. PAUL, MN  55175
13516420*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk, VA 23541)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:

```
          DEMETRIUS J. PARRISH    on behalf of Debtor Thanimas A Scott djpbkpa@gmail.com,
           djp711@aol.com;r60715@notify.bestcase.com
          DEMETRIUS J. PARRISH    on behalf of Attorney Demetrius J Parrish djpbkpa@gmail.com,
           djp711@aol.com;r60715@notify.bestcase.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRSTRUST BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KARROLLANNE CAYCE    on behalf of Creditor    Beneficial Consumer Discount Company
           ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
          KERI P EBECK    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans,
           Inc., solely in its capacity as servicer kebeck@weltman.com,   jbluemle@weltman.com
          MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com,
           ahight@schillerknapp.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          ROBERT MICHAEL KLINE    on behalf of Creditor    LSF9 Master Participation Trust
           Pacer@squirelaw.com,  rmklinelaw@aol.com
          SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust
           smccaffery@squirelaw.com
          THOMAS I. PULEO    on behalf of Creditor    FIRSTRUST BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 12
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Hearing shall be held on 7/26/2017 at 10:00 AM in nix4 - Courtroom (HEARING)#035;4.
Movant is responsible for notice.

In Re: Thanimas A. Scott                       :    Chapter 13
                                               :    Bankruptcy No. 1:13-10366-SR
                                               :    11 U.S.C. § 362

LSF9 Master Participation Trust
                        Movant
        vs.

Thanimas A. Scott

                        Debtor(s)
        and

Frederick L. Reigle, Esquire
                        Trustee
                        RESPONDENTS

**ORDER REIMPOSING THE AUTOMATIC STAY**

AND NOW, this      day of          , 20   , upon motion of Movant above, it is

**ORDERED**, that the Automatic Stay is reimposed as provided under § 362 of the Bankruptcy Code in full.

Dated: July 26, 2017

United States Bankruptcy Judge
Judge Stephen Raslavich

cc:

Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046

Demetrius J. Parrish
The Law Office of Demetrius J. Parrish
7715 Crittenden Street
#360
Philadelphia, PA 19118

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Thanimas Scott
903 N. 50th Street
Philadelphia, PA 19131