United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-10366-jkf
Thanimas A Scott                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi          Page 1 of 1           Date Rcvd: Oct 24, 2017
                       Form ID: 167          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.
db           +Thanimas A Scott,    903 N 50th Street,    Philadelphia, PA 19131-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:
      DEMETRIUS J. PARRISH    on behalf of Debtor Thanimas A Scott djpbkpa@gmail.com,
       djp711@aol.com;r60715@notify.bestcase.com
      DEMETRIUS J. PARRISH    on behalf of Attorney Demetrius J Parrish djpbkpa@gmail.com,
       djp711@aol.com;r60715@notify.bestcase.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRSTRUST BANK bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KARROLLANNE CAYCE    on behalf of Creditor    Beneficial Consumer Discount Company
       ecfmail@aldridgepite.com,   kcayce@ecf.inforuptcy.com
      KERI P EBECK    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans,
       Inc., solely in its capacity as servicer kebeck@weltman.com,   jbluemle@weltman.com
      MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com,
       ahight@schillerknapp.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      ROBERT MICHAEL KLINE    on behalf of Creditor    LSF9 Master Participation Trust
       Pacer@squirelaw.com,   rmklinelaw@aol.com
      SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust
       smccaffery@squirelaw.com
      SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home
       Loans, Inc., solely in its capacity as servicer smccaffery@squirelaw.com
      THOMAS I. PULEO    on behalf of Creditor    FIRSTRUST BANK tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Thanimas A Scott
    Debtor(s)

Case No: 13−10366−jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Objection to Certification of Default

    on: 11/8/17

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: 10/24/17

For The Court

Timothy B. McGrath
Clerk of Court

173 − 172
Form 167