United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 13-10366-jkf
Thanimas A Scott                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                    Page 1 of 2                     Date Rcvd: Jul 20, 2018
                              Form ID: 138NEW               Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.
```
db            +Thanimas A Scott,    903 N 50th Street,    Philadelphia, PA 19131-5101
aty           +Demetrius J Parrish,    The Law Office of Demetrius J. Parrish,    6024 Ridge Avenue,
                Ste. 116 - 318,    philadelphia, pa 19128-1601
cr            +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883
cr            +Capital One Auto Finance,    c/o Schiller & Knapp, LLP,    950 New Loudon Road, Suite 109,
                Latham, NY 12110-2190
cr             ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
cr             LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
12948804      +Aes/Keystone,    1200 N 7th St,    Harrisburg, PA 17102-1419
12948805      +Aes/Keystone Best,    1200 N 7th St,    Harrisburg, PA 17102-1419
12948806      +Aes/Pheaa,    Po Box 2461,    Harrisburg, PA 17105-2461
13082861      +Beneficial,    c/o HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13362447      +CAPITAL ONE AUTO FINANCE,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
13053581      +Capella University,    Capella Tower, 9th floor,    225 South 6th Street,,
                Minneapolis, MN 55402-4601
12954188      +Capital One Auto Finance,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
12978889      +Cenlar FSB,    Attention Payment Processing,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
12948809       City of Philadelphia,    Water Revenue,    Municipal Services Bldg,    Philadelphia, PA 19106
13010415       ECMC,    PO BOX 75906,    ST. PAUL, MN 55175
12948811      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12948812      +Firstrust Bk,    425 Phillips Bv,    Trenton, NJ 08618-1430
12948813      +Hsbc Mortgage Corp Usa,    2929 Walden Ave,    Depew, NY 14043-2690
13433785      +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
13098732       Sallie Mae, Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                PO Box 9430,    Wilkes Barre, PA 18773-9430
14125528       United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
12948817      +Wffinance,    800 Walnut St,    Des Moines, IA 50309-3504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:37      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2018 02:06:49
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2018 02:07:28      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 21 2018 02:26:31
                Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 21 2018 02:27:52
                Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX 77210-4360
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2018 02:27:54
                PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13023278      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 21 2018 02:07:07      Asset Acceptance LLC,
                P.O. Box 2036,    Warren Mi 48090-2036
12948807       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 21 2018 02:09:28      Cap One,
                Po Box 85520,    Richmond, VA 23285
13063264       E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:37
                City of Philadelphia, Law Department,    Tax Unit, Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
12948808      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 21 2018 02:27:11
                Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Avenue,
                Dept. APS,    Oklahoma City, OK 73118-7901
13468180      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 21 2018 02:27:52
                Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                Arlington, TX 76006-1347
12948810      +E-mail/PDF: pa_dc_ed@navient.com Jul 21 2018 02:09:46      Dept Of Ed/Sallie Mae,    Po Box 9635,
                Wilkes Barre, PA 18773-9635
13004495       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2018 02:09:44
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13264202       E-mail/Text: ebn@vativrecovery.com Jul 21 2018 02:06:28      Palisades Acquisition IX, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                PO Box 40728,    Houston TX 77240-0728
12948814      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2018 02:27:54
                Portfolio Recvry&Affil (Original Cr,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13005301      +E-mail/Text: csidl@sbcglobal.net Jul 21 2018 02:07:27      Premier Bankcard/Charter,
                P.O. Box 2208,    Vacaville, CA 95696-8208
12948815      +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2018 02:09:17      Sallie Mae,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
13120830       E-mail/PDF: pa_dc_ed@navient.com Jul 21 2018 02:09:46      Sallie Mae Inc. on behalf of,
                Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
```

```
District/off: 0313-2          User: John                 Page 2 of 2                  Date Rcvd: Jul 20, 2018
                              Form ID: 138NEW            Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12948816       +E-mail/Text: ebn@unique-mgmt.com Jul 21 2018 02:07:53      Unique National Collec (Original Cr,
                119 E Maple St,   Jeffersonville, IN 47130-3439
12998238       +E-mail/Text: bncmail@w-legal.com Jul 21 2018 02:07:27      VANDA, LLC,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13075785       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 21 2018 02:07:58      Webbank-Fingerhut,
                6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
12948818       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 21 2018 02:06:32      Wfnnb/Express,
                Po Box 330066,   Northglenn, CO 80233-8066
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13010416*        ECMC,    PO BOX 75906,   ST. PAUL, MN   55175
13516420*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,
                  Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:
              DEMETRIUS J. PARRISH    on behalf of Debtor Thanimas A Scott djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              DEMETRIUS J. PARRISH    on behalf of Attorney Demetrius J Parrish djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   FIRSTRUST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARROLLANNE CAYCE    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
              MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              NATHALIE PAUL    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans,
               Inc., solely in its capacity as servicer npaul@weltman.com, PitEcf@weltman.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    LSF9 Master Participation Trust
               Pacer@squirelaw.com, rmklinelaw@aol.com
              SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer smccaffery@squirelaw.com
              SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust
               smccaffery@squirelaw.com
              THOMAS I. PULEO    on behalf of Creditor    FIRSTRUST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Thanimas A Scott
      Debtor(s)

Bankruptcy No: 13−10366−jkf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 7/20/18

191 − 190
Form 138_new