IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| THANIMAS A. SCOTT | : | |
| DEBTOR(S) | : | BANKRUPTCY NO. 13-10366-JKF |

# ORDER

AND NOW, a Motion for Accounting having been filed by the Debtor on August 31, 2018,

AND the Motion requiring notice and opportunity for a hearing,

AND no Notice of Motion setting a hearing was served on interested parties and e-filed on the case docket despite reminder by the Clerk's Office, it is hereby

ORDERED that the Motion for Accounting filed by the Debtor is DISMISSED for lack of prosecution.

**Date: September 12, 2018**

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE