United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-10366-jkf
Thanimas A Scott                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1         Date Rcvd: Sep 12, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db             +Thanimas A Scott,    903 N 50th Street,    Philadelphia, PA 19131-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              DEMETRIUS J. PARRISH    on behalf of Debtor Thanimas A Scott djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              DEMETRIUS J. PARRISH    on behalf of Attorney Demetrius J Parrish djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRSTRUST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARROLLANNE CAYCE    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@aldridgepite.com,    kcayce@ecf.inforuptcy.com
              MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              NATHALIE PAUL    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans,
               Inc., solely in its capacity as servicer npaul@weltman.com,   PitEcf@weltman.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    LSF9 Master Participation Trust
               Pacer@squirelaw.com,    rmklinelaw@aol.com
              SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust
               smccaffery@squirelaw.com
              SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer smccaffery@squirelaw.com
              THOMAS I. PULEO    on behalf of Creditor    FIRSTRUST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| THANIMAS A. SCOTT | : | |
| DEBTOR(S) | : | BANKRUPTCY NO. 13-10366-JKF |

## ORDER

AND NOW, a Motion for Accounting having been filed by the Debtor on August 31, 2018,

AND the Motion requiring notice and opportunity for a hearing,

AND no Notice of Motion setting a hearing was served on interested parties and e-filed on the case docket despite reminder by the Clerk's Office, it is hereby

ORDERED that the Motion for Accounting filed by the Debtor is DISMISSED for lack of prosecution.

**Date: September 12, 2018**

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE