# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: THANIMAS SCOTT        :        BK. NO.: 13-10366 – jkf
:
:

**AMENDED NOTICE OF MOTION, RESPONSE
DEADLINE OF October 22, 2018 and
HEARING DATE OF NOVEMBER 14, 2018 AT 9:30 A.M.**

Defendant/Debtor has filed with the U.S. Bankruptcy Court a Motion to Reopen and a Motion To Compel an Accounting and Audit

<u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney).**

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 22, 2018, you or your attorney must do <u>all</u> of the following things:

    (a) **FILE AN ANSWER** explaining your position at:

    **Clerk, United States Bankruptcy court
    Robert N C Nix Building
    900 Market Street, Ste. 400
    Philadelphia, Pa. 19107-4299**

    If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail is early enough so that it will be received on or before the date stated above;
    **AND** (b) **MAIL A COPY** of the documents to the Movant's attorney:

    **Demetrius J. Parrish, Jr., Esquire
    7715 Crittenden Street, #360
    Philadelphia, Pa. 19118
    (215) 735-3377/Fax: (215) 735-1628**

2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on he motion is scheduled to be held before the Honorable Jean K. FitzSimon on November 14, 2018 at 9:30 a.m. in Courtroom 3. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Court Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: October 10, 2018