## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE: Thanimas Scott**                      :           **Bk. No.: 13 – 10366 – jfk**
                                                 :
                                                 :           **Chapter 13**
                                                 :

### ORDER

AND NOW, this _____ day of _____, 2018 upon review of Debtor's Motion to Reopen and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED. The above captioned matter is hereby REOPENED.

**Date: November 14, 2018**

_____
JEAN K. FITZSIMON, U.S. Bankruptcy Judge