**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Thanimas Scott | : | BK. NO.: 13 - 10366 - elf |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |

**ORDER**

AND NOW, this _____ day of _____, 2018 upon review of Debtor's Motion for Audit filed in the above – captioned matter and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED. Creditor, Caliber Home Loans, Inc. is hereby ORDERED to provide Debtor and counsel a complete, clear legible and comprehensible and verified accounting and auditing on mortgage account xxxx9428 withing thirty (30) days of the date of this Order.

_Jean K. FitzSimon_

_____
Jean K. FitzSimon, U.S. Bankruptcy Judge

**Date: November 15, 2018**