United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-10366-jkf
Thanimas A Scott                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Nov 15, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
db              +Thanimas A Scott,    903 N 50th Street,    Philadelphia, PA 19131-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:
              DEMETRIUS J. PARRISH    on behalf of Debtor Thanimas A Scott djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              DEMETRIUS J. PARRISH    on behalf of Attorney Demetrius J Parrish djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRSTRUST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARROLLANNE CAYCE    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@aldridgepite.com,   kcayce@ecf.inforuptcy.com
              MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              NATHALIE PAUL    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans,
               Inc., solely in its capacity as servicer npaul@weltman.com,   PitEcf@weltman.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    LSF9 Master Participation Trust
               Pacer@squirelaw.com,   rmklinelaw@aol.com
              SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust
               smccaffery@squirelaw.com
              SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer smccaffery@squirelaw.com
              THOMAS I. PULEO    on behalf of Creditor    FIRSTRUST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: Thanimas Scott  :  Bk. No.: 13 – 10366 – jfk
:
:  Chapter 13
:

**ORDER**

AND NOW, this _____ day of _____, 2018 upon review of Debtor's Motion to Reopen and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED. The above captioned matter is hereby REOPENED.

**Date: November 14, 2018**

_____
JEAN K. FITZSIMON, U.S. Bankruptcy Judge